**SUBT**
GARRETT T. OGATA, ESQ.
Nevada State Bar No. 7469
LAW OFFICES OF GARRETT T. OGATA
3841 W. Charleston Blvd., Suite 205
Las Vegas, Nevada 89102
(702) 366-0891
Attorney for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-mj-747-CWH |
| ) PLAINTIFF, ) | 2:11-cr-414-PMP-RJJ |
| vs. ) | |
| ) JAVIER PICHARDO-LOPEZ, ) | |
| ) DEFENDANT. ) | |

### SUBSTITUTION OF ATTORNEYS

**GARRETT T. OGATA, ESQ.**, is hereby substituted as attorney for the Defendant, **JAVIER PICHARDO-LOPEZ,** in the above-entitled action, in place and instead of **MACE J. YAMPOLSKY, ESQ.**

DATED this 9th day of December, 2011.

_____
MACE J. YAMPOLSKY
Nevada State Bar No. 1945
625 South Sixth Street
Las Vegas, NV 89101

I hereby consent to the above and foregoing substitution.

DATED this 9th day of December, 2011.

_____
JAVIER PICHARDO-LOPEZ
Defendant

1

I hereby accept the above and foregoing substitution as attorney for the Defendant, **JAVIER PICHARDO-LOPEZ.**

DATED this 6th day of December, 2011.

LAW OFFICES OF GARRETT T. OGATA

By: /s/ Garrett T. Ogata
**GARRETT T. OGATA, ESQ.**
Nevada Bar No. 7469
3841 W. Charleston Blvd., Suite 205
Las Vegas, Nevada 89102
Attorney for Defendant

IT IS SO ORDERED.

_____Robert J. Johnston_____
UNITED STATES MAGISTRATE JUDGE
DATE: DEC. 15, 2011