**FILED**

JUL 22 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-CR-414-PMP-(CWH) |
| v. ) | |
| ) | |
| JAVIER PICHARDO-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT JAVIER PICHARDO-LOPEZ

On April 8, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 28, United States Code, Section 853(a)(1) and (2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant JAVIER PICHARDO-LOPEZ to the United States of America. Criminal Indictment, ECF No. 22; Change of Plea Minutes, ECF No. 102; Plea Memorandum, ECF No. 104; Preliminary Order of Forfeiture, ECF No. 106.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 106) is final as to defendant JAVIER PICHARDO-LOPEZ.

DATED this 22nd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE